UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anibal A. A.,

    Petitioner,

v.                              ORDER ADOPTING REPORT AND
                                   RECOMMENDATION
                            Civil File No. 26-00111 (MJD/LIB)

Pamela Bondi, et al.,

    Defendants.

David L. Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

Ana H. Voss, Justin Merak Page, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed January 20, 2026. [Doc. 7.] No objections have been filed. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Brisbois.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

1

of United States Magistrate Judge Leo I. Brisbois filed January 20, 2026. **[Doc. 7.]**

Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED in part as follows:**

1. Respondents must immediately release Petitioner from custody;

2. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and

3. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 23, 2026               s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court