# UNITED STATES DISTRICT COURT
## District of Minnesota

Anibal Andres Arpi Alvarez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-111 MJD/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed January 20, 2026. **[Doc. 7.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED in part as follows:**

1. Respondents must immediately release Petitioner from custody;
2. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and

3. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

Date: 1/24/2026

KATE M. FOGARTY, CLERK