UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anibal A. A.,
    Petitioner,

v.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-00111 (MJD/LIB)

Pamela Bondi, et al.,
    Defendants.

David L. Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

Ana H. Voss, Justin Merak Page, Assistant United States Attorneys, Counsel for Respondents.

On January 8, 2026, the Court granted Petitioner's petition for writ of habeas corpus. (Doc. 8.) As part of that Order, Respondents were required to immediately release Petitioner from custody and to provide the Court with confirmation of that release within 48 hours. Respondents have now provided the required confirmation. (Doc. 13.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Anibal A. A.'s petition for writ of habeas corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 29, 2026                              s/Michael J. Davis
                                                                                  Michael J. Davis
                                                                                 United States District Court